IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN LOPORCHIO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 22-CV-334-JFH-GJL |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 17. The Magistrate Judge recommends that the Motion to Dismiss [Dkt. No. 10], filed by Defendant State Farm Automobile Insurance Company be DENIED. Dkt. No. 17 at 9.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that the Motion to Dismiss [Dkt. No. 10], filed by Defendant State Farm Automobile Insurance Company is DENIED.

Dated this 17th day of April 2023.

                                                                                  JOHN F. HEIL, III
                                                                                 UNITED STATES DISTRICT JUDGE